

**ORDERED in the Southern District of Florida on January 27, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  CASE NO.: 20-19827-RAM
CARLOS A. MARRERO  CHAPTER 13

Debtors,
_____/

## ORDER SUSTAINING IN PART AND ORVERRULING IN PART OBJECTION TO PROOF OF CLAIM 4-3 OF DEUTSCHE BANK NATIONAL TRUST COMPANY, DE #50

THIS CAUSE having come before the court on January 12, 2021, upon the Debtor's, Objection to Claim Number 4-3 of DEUTSCHE BANK NATIONAL TRUST COMPANY (D.E.

#50, the "Objection"), arguments being heard from both sides, and being otherwise duly advised in the premises, it is

**ORDERED:**

1. The Objection to Claim Number 4-3 of DEUTSCHE BANK NATIONAL TRUST COMPANY is hereby **SUSTAINED IN PART and OVERRULED IN PART.**

2. The Objection is **SUSTAINED** with respect to the post-petition interest rate applicable to payoff of the secured claim No. 4-3 in the chapter 13 plan. The interest rate of 5.25% shall apply to plan treatment for payoff of the secured claim No. 4-3.

3. The Objection is **OVERRULED** with respect to the interest rate applicable to the post-judgment pre-petition time period. The secured claim Number 4-3 includes interest at the rate of 6.83% for the post-judgment pre-petition time period, and the secured claim No. 4-3 is Allowed as filed in the total amount of $32,345.32.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).